Argued June 2—decided June 2, 1970

STATE OF CONNECTICUT *v.* DENNIS J. ST. HILAIRE

The motion by the state to dismiss the appeal
from the Superior Court in Hartford County is
granted.

*John D. LaBelle,* state's attorney, for the appellee (state).

*Nicholas P. Cardwell,* for the appellant (defendant).

Argued June 2—decided June 2, 1970